Same case below, 381 Fed. Appx. 57.

**No. 10-7393. Stephen Michael West, Petitioner v. Gayle Ray, Commissioner, Tennessee Department of Correction, et al.**

562 U.S. 1152, 131 S. Ct. 941, 178 L. Ed. 2d 780, 2011 U.S. LEXIS 414.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 401 Fed. Appx. 72.

**No. 10-7395. Michael Allen, Petitioner v. Bill McCollum, Attorney General of Florida, et al.**

562 U.S. 1153, 131 S. Ct. 941, 178 L. Ed. 2d 780, 2011 U.S. LEXIS 514.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7400. Jennie D. Rhodes, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

562 U.S. 1153, 131 S. Ct. 941, 178 L. Ed. 2d 780, 2011 U.S. LEXIS 146.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 375 Fed. Appx. 653.

**No. 10-7407. Julio Castilla, Petitioner v. Jeffrey Uttecht, Superintendent, Coyote Ridge Corrections Center.**

562 U.S. 1153, 131 S. Ct. 941, 178 L. Ed. 2d 780, 2011 U.S. LEXIS 314.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7409. Cheryl L. Rowe, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

562 U.S. 1153, 131 S. Ct. 942, 178 L. Ed. 2d 780, 2011 U.S. LEXIS 148,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 583.

**No. 10-7418. Rodney Bernard Barno, Petitioner v. Stuart Ryan, Warden, et al.**

562 U.S. 1153, 131 S. Ct. 942, 178 L. Ed. 2d 780, 2011 U.S. LEXIS 174.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 399 Fed. Appx. 272.

**No. 10-7446. David Upton, Petitioner v. Kelly Harrington, Acting Warden.**

562 U.S. 1153, 131 S. Ct. 942, 178 L. Ed. 2d 780, 2011 U.S. LEXIS 474.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.